UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 04-80028
                                                    Hon: AVERN COHN

D-1, KENYARDA DEMOND FRANKLIN,

    Defendant.
_____/

## ORDER DENYING MOTION TO AMEND (DOC. 51)

Defendant's Motion to Amend the Amended Judgment to Correct Possible Oversight or Omission Pursuant to F.R.Crim.P. 36 (Doc. 51) is DENIED.

The Court asked the Federal Bureau of Prisons to review its computation of the credit defendant was entitled to receive for time served prior to sentencing. The Bureau has advised the Court that defendant has been given all of the credit he is entitled to.

    SO ORDERED.

Dated: January 26, 2012              S/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Kenyarda Franklin, 32366-039, FCI Milan, P.O. Box 1000, Milan, MI 48160 and the attorneys of record on this date, January 26, 2012, by electronic and/or ordinary mail.

                                                      S/Julie Owens
                                                    Case Manager, (313) 234-5160